FILED

07 DEC 18 AM 11:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '07 CR 3393 BEN |
| Plaintiff, ) | |
| ) | I N D I C T M E N T |
| v. ) | |
| ) | Title 18, U.S.C., |
| LAZARO LOPEZ-GONZALES, ) | Secs. 922(g)(5)(A) and |
| ) | 924(a)(2) - Illegal Alien in |
| Defendant. ) | Possession of Ammunition |

The grand jury charges:

On or about November 19, 2007, within the Southern District of California, defendant LAZARO LOPEZ-GONZALES, an alien illegally and unlawfully in the United States, did knowingly and unlawfully possess, in and affecting commerce, ammunition, that is:

    a. Approximately 200 rounds of Magtech .380 caliber ammunition,

    b. Approximately 40 rounds of Corbon .380 caliber ammunition,

    c. Approximately 50 rounds of Hornady .380 caliber ammunition,

//
//
//
//

CJB:em:San Diego
12/17/07

1   d. Approximately 100 rounds of Speer .38 caliber ammunition, and
2   e. Approximately 50 rounds of Remington .25 caliber ammunition;
3 All in violation of Title 18, United States Code,
4 Sections 922(g)(5)(A) and 924(a)(2).
5   DATED: December 18, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

2