1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Facsimile No. (619) 687-2666
   michelle_betancourt@fd.org

6  Attorneys for Defendant

8                       UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10                     **(HONORABLE ROGER T. BENITEZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07CR3393-BEN |
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| LAZARO LOPEZ-GONZALES, | ) | |
| Defendant. | ) | |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

   STEVEN D. DESALVO, Assistant United States Attorney
   Steven.desalvo@usdoj.gov, efile.dkt.gc1@usdoj.gov;

Dated: January 22, 2008                    /s/ *Michelle Betancourt*
                                           MICHELLE BETANCOURT
                                           Federal Defenders
                                           225 Broadway, Suite 900
                                           San Diego, CA 92101-5030
                                           (619) 234-8467 (tel)
                                           (619) 687-2666 (fax)
                                           e-mail: michelle_betancourt@fd.org