1  **MCHELLE BETANCOURT**
California Bar No. 215035
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC**.
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone:  (619) 234-8467
4  e-mail: Michelle_Betancourt@fd.org

5  Attorneys for Mr. Lazaro Lopez-Gonzales

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10                        **(HONORABLE ROGER T. BENITEZ)**

11  UNITED STATES OF AMERICA,              )    CASE NO. 07CR3393-BEN
                                           )
12                          Plaintiff,     )    DATE: February 4, 2008
                                           )    TIME:  2:00 P.M.
13  v.                                     )
                                           )    NOTICE OF MOTIONS AND MOTIONS TO:
14  LAZARO LOPEZ-GONZALES,                 )    1) COMPEL PRODUCTION OF DISCOVERY
                                           )    AND PRESERVE EVIDENCE;
15                          Defendant.     )    2) GRANT LEAVE TO FILE FURTHER
                                           )    MOTIONS
16  _____    )

17  TO:       KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
            STEVEN D. DeSALVO, ASSISTANT UNITED STATES ATTORNEY:
18

19          PLEASE TAKE NOTICE that on Monday, February 4, 2008, at 2:00 p.m., or as soon

20  thereafter as counsel may be heard, Mr. Lopez-Gonzales, by and through his attorneys, Michelle

21  Betancourt, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the

22  following motions.

23

24

25

26

27

28

1

**MOTIONS**

2        Mr. Lopez-Gonzales, by and through his attorneys, Michelle Betancourt, and Federal

3 Defenders of San Diego, Inc., moves this Court pursuant to the United States Constitution, the Federal

4 Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order:

5        (1)    Compelling Production of Discovery and Preserving Evidence;

6        (2)    Granting Leave to File Further Motions.

7        These motions are based upon the instant motions and notice of motions, the attached

8 statement of facts and memorandum of points and authorities, the files and records in the above-

9 captioned matter, and any and all other materials that may come to this Court's attention prior to or

10 during the hearing of these motions.

11                                        Respectfully submitted,

12                                        *s/ Michelle Betancourt*

13 Dated: January 31, 2008                **MICHELLE BETANCOURT**
                                          Federal Defenders of San Diego, Inc.
14                                        Attorneys for Mr. Lopez-Gonzales

15

16

17

18

19

20

21

22

23

24

25

26

27

28