1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
   michelle_betancourt@fd.org

Attorneys for Mr. Lopez-Gonzales

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3393-BEN |
| Plaintiff, ) | |
| v. ) | PROOF OF SERVICE |
| **LAZARO LOPEZ-GONZALES**, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**STEVEN DeSALVO** Assistant United States Attorney'
steven.desalvo@usdoj.gov efile.dkt.gc2@usdoj.gov,paula.steward@usdoj.gov

Dated: January 31, 2008              *s/ Michelle Betancourt*
                                     MICHELLE BETANCOURT
                                     Federal Defenders
                                     225 Broadway, Suite 900
                                     San Diego, CA 92101-5030
                                     (619) 234-8467  (tel)
                                     (619) 687-2666  (fax)
                                     e-mail: michelle_betancourt@fd.org