| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | STEVEN DE SALVO |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 199904 |
| | steven.desalvo@usdoj.gov |
| 4 | United States Office Building |
| | 880 Front Street, Room 6293 |
| 5 | San Diego, California 92101 |
| | Telephone: (619) 557-7032 |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3393-BEN |
| | ) | |
| Plaintiff, | ) | DATE: February 4, 2008 |
| | ) | TIME: 2 p.m. |
| v. | ) | |
| | ) | GOVERNMENT'S MOTION FOR ) |
| | ) | RECIPROCAL DISCOVERY |
| LAZARO LOPEZ-GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | TOGETHER WITH STATEMENT OF |
| | ) | FACTS |
| _____ | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Steven De Salvo, Assistant United States Attorney, and hereby files its MOTION FOR RECIPROCAL DISCOVERY. Said motion is based upon the files and records of the case, argument, and Government's motion for reciprocal discovery.

## I.

## **STATEMENT OF FACTS**

On November 15, 2007, Lazaro Lopez-Gonzalez ("Defendant") was apprehended at the Transit Center in Oceanside, California, after Border Patrol agents contacted Defendant and determined that he was a citizen of Mexico who had no legal documents to enter or remain in the United States. During a search after his arrest, the agents found numerous rounds of ammunition among his possessions. On December 18, 2007, Defendant was arraigned on an Indictment charging that he was an alien illegally in the United States who knowingly and unlawfully, in a manner affecting commerce, possessed ammunition. Defendant entered a not guilty plea.

## II.

## **RECIPROCAL DISCOVERY**

The Government hereby requests the defendant to deliver all material to which the Government may be entitled under Fed. R. Crim. P. 16(b) and 26.2.

## III

## **CONCLUSION**

For the foregoing reasons, the Government respectfully requests reciprocal discovery.

DATED: February 1, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Steven De Salvo

STEVEN DE SALVO
Assistant U.S. Attorney
steven.desalvo@usdoj.gov

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | | |
|---|---|---|---|
| 3 | UNITED STATES OF AMERICA, | ) | Case No. 07CR3393-BEN |
| 4 | Plaintiff, | ) | |
| 5 | v. | ) | CERTIFICATE OF SERVICE |
| 6 | LAZARO LOPEZ-GONZALEZ, | ) | |
| 7 | Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, STEVEN DESALVO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of MOTION FOR RECIPROCAL DISCOVERY on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Michelle Betancourt
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619) 687-2666
Email: candis_mitchell@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 1, 2008

s/ Steven De Salvo
STEVEN DE SALVO

07CR3393-BEN