1 | Christian De Olivas
2 | CalBarNo. 249608
  | De Olivas Law Firm, APLC
3 | 200 N. Bradford Ave., Suite L
  | Placentia, CA 92870
4 | Telephone: (714) 646-3314
  | Facsimile:   (714) 646-3721
5 |



FILED

FEB - 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

6 |
7 | ### UNITED STATES DISTRICT COURT
  | ### SOUTHERN DISTRICT OF CALIFORNIA
8 |
9 | UNITED STATES OF AMERICA,        )    Case No: 307-CR-03393-BEN-1
10|            Plaintiff,            )    **SUBSTITUTION OF ATTORNEY**
11|        vs.                       )
12| LAZARO LOPEZ-GONZALEZ            )
13|            Defendant             )
14|                                  )
15|                                  )

16| _____LAZARO LOPEZ GONZALEZ_____ hereby substitutes

17| attorney CHRISTIAN DE OLIVAS, from the DE OLIVAS LAW FIRM, APLC, located at

18| 200 N. Bradford Avenue, Suite L, Placentia, CA 92870, with telephone number,

19| (714) 646-3314, as attorney of record in place and stead of attorney,

20| _____

21|
22| DATED: X  )01-21-08  ( X )  L. L. G.
23|                                        DEFENDANT
24|
25| I consent to the above substitution.
26|
27| DATED: ___2/4/08.___
28|                                        PRESENT ATTORNEY

                                         1

                                    307-CR-03393-BEN-1

//

I am duly admitted to practice in this district.

I accept the above substitution.

DATED: _01-2?-08_                    _____

                                              NEW ATTORNEY

Please check one: ____✓____ RETAINED, or _____ APPOINTED BY THE
COURT.

DATED:                               APPROVED:
_2/04/08_                            _____
                                     UNITED STATES DISTRICT COURT MAGISTRATE
                                                          JUDGE

2            307-CR-03393-BEN-1