1  KAREN P. HEWITT
   United States Attorney
2  STEVEN DE SALVO
   Assistant U.S. Attorney
3  California State Bar No. 199904
   United States Courthouse
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7032

6  Attorneys for Plaintiff
   United States of America

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,          )  Case No. 07CR3393-BEN
                                      )
11              Plaintiff,            )
                                      )  **MOTION TO ALLOW**
12                                    )  **GOVERNMENT TO BRING**
           v.                         )  **AMMUNITION THE COURTHOUSE**
13                                    )
   LAZARO LOPEZ-GONZALES,             )
14                                    )
                Defendant.            )
15 _____)

16      COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

17 Karen P. Hewitt, United States Attorney, and Steven De Salvo, Assistant United States Attorney, and

18 requests the court to permit the Government to bring into the Courthouse, during the above-referenced

19 trial scheduled to begin on April 3, 2008 at 9 a.m., ammunition described in the attached proposed order.

20 Said ammunition will be secured by an agent of the Bureau of Alcohol, Tobacco, Firearms, and

21 Explosives and/or Federal Marshalls at all times..

22 DATED: March 26, 2008              Respectfully submitted,

23                                    KAREN P. HEWITT
                                      United States Attorney
24

25
                                      STEVEN DE SALVO
26                                    Assistant U.S. Attorney

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07CR3393-BEN |
| Plaintiff, ) | |
| ) | ORDER GRANTING THE |
| v. ) | GOVERNMENT PERMISSION |
| ) | TO BRING AMMUNITION INTO |
| LAZARO LOPEZ-GONZALES, ) | THE COURTHOUSE |
| Defendant. ) | |

Upon application of the United States and good cause appearing,

IT IS ORDERED that the Government is permitted to bring into the Courthouse during the trial in the above-referenced matter, scheduled to begin on April 3, 2008 at 9 a.m., ammunition, to wit: (a) 200 rounds of Magtech .38 caliber automatic ammunition; (b) 40 rounds of Corbon/Glazer .38 caliber automatic ammunition; (c) 50 rounds of Hornady .38 caliber automatic ammunition; (d) 100 rounds of Speer Lawman .38 caliber automatic ammunition; and (e) 50 rounds of Remington .25 caliber automatic ammunition. Said ammunition will be secured by an agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives and/or Federal Marshalls at all times.

IT IS SO ORDERED.

DATED: March 26, 2008

HONORABLE ROGER T. BENITEZ
United States District Judge

Presented by:

KAREN P. HEWITT
United States Attorney


STEVEN DE SALVO
Assistant U.S. Attorney

|   |   |   |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | SOUTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,  ) Criminal Case No. 07CR3393-BEN
           )
        Plaintiff,     )
           ) CERTIFICATE OF SERVICE
v.          )
           )
LAZARO LOPEZ-GONZALES,    )
           )
        Defendant.    )
           )

IT IS HEREBY CERTIFIED THAT:

    I, STEVEN DE SALVO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S MOTIONS TO ALLOW GOVERNMENT TO BRING AMMUNITION INTO THE COURTHOUSE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Christian De Olivas
De Olivas Law Firm
200 N. Bradford Ave., Suite L
Placentia, CA 92870
email: christian@deolivaslaw.com

    I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on March 26, 2008.

                                /s/ *Steven De Salvo*
                              STEVEN DE SALVO